mand the case back to the common pleas court for the purpose of holding such a hearing.

The parties are hereby ordered to submit the matter on the briefs.

◼

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**William Mike FIORE, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 10, 2003.

Decided Feb. 7, 2003.

***ORDER***

PER CURIAM:

**AND NOW,** this 7th day of February, 2003, the Motion to Dismiss is granted.

Justice EAKIN, dissents.